[No. 5609.]

## P. D. WIGGINTON v. JOHN MARKLEY, COUNTY CLERK OF MONTEREY COUNTY.

RECORDS OF BOARD OF SUPERVISORS—MANDAMUS.—The record of the proceedings of the Board of Supervisors is under the control of the Board, and mandamus will not lie to the Clerk to compel him to correct the records.

This was an original application for a writ of mandate to compel the Clerk of Monterey County to correct the records of the Board of Supervisors so as to show the number of votes cast for the applicant as Representative in Congress from the Fourth Congressional District. The applicant Wigginton and Romualdo Pacheco were rival candidates for the office of Representative in Congress in September, 1876, and the applicant in his petition alleged that there was an error in footing up the votes by which the record incorrectly showed a less number of votes cast in his favor than were actually cast. He asked that a writ issue to the Clerk requiring him to correct the error.

*D. S. Terry*, for the Applicant.

By the COURT:

The writ is denied.

Mr. Justice CROCKETT, concurring specially, said:

I wish to state, for myself, that I concur in the order denying the application for the writ, on the ground that the Clerk has

no authority to correct the record as it stands, for the reason that the records are under the control of the Board of Supervisors; and if there is to be any correction of the record, or any change in any way, it must be under some proceeding had by the Board of Supervisors. Therefore, a writ of this kind, directed to the Clerk, would be unavailing.